SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MARLENE M. NICOLAS, Cal. Bar No. 245298
mnicolas@sheppardmullin.com
ANNA M. STANCU, Cal. Bar No.
astancu@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
WELLS FARGO BANK, N.A.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA RIVAS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a National Association, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 2:15-cv-04631- ODW(JPRx)<br><br>(Los Angeles Superior Court Case No. BC582573)<br><br>**ORDER TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT CASE NUMBER BC 582573**<br><br>[Complaint Filed: May 21, 2015] |


# ORDER

The Court, having considered the parties' stipulation, and finding it supported by good cause, hereby orders as follows:

1. Plaintiff Rosa Rivas has released and discharged any and all claims against Shahin Saless who has yet to be served in this matter; and
2. The Court REMANDS this case to the Los Angeles County Superior Court, Case Number BC582573. The Clerk of this Court shall close this case.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE